# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CAROLE ANNE HENSLEY AND JOHN R. GREISIGER | : | No. 336 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| DONALD AND BERNICE A. DUVALL, AND KURFISS SOTHEBY'S INTERNATIONAL REALTY, AND GEORGE WELLS, AND JAMES FINGLETON, AND PRUDENTIAL FOX & ROACH AND MARIAN GALANTI | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: FOX & ROACH LP D/B/A PRUDENTIAL FOX & ROACH AND MARIAN GALANTI | : | |
| | : | |
| | : | |
| CAROLE ANNE HENSLEY AND JOHN R. GREISIGER | : | No. 337 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| DONALD AND DENISE DUVALL, AND KURFISS SOTHEBY'S INTERNATIONAL REALTY, AND GEORGE WELLS, AND JAMES FINGLETON, AND PRUDENTIAL FOX & ROACH AND MARIAN GALANTI | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: FOX & ROACH LP D/B/A PRUDENTIAL FOX & ROACH AND MARIAN GALANTI | : | |
| | : | |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 31st day of October, 2018, the Petition for Allowance of Appeal and the Application to File a Statement in Support of Petition for Allowance of Appeal are hereby **Denied**.